870

No. 82–5067. CAMERON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–5068. DAWSON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5069. STOKES *v.* ARTHUR ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5070. WALL *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 82–5072. HANKERSON ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 82–5075. JONES *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 82–5076. BORRELLI *v.* CICCITTO ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5077. BORRELLI *v.* CAVANAUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5078. CAMILLO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–5079. LYNCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5081. HOLSEY *v.* MARYLAND PAROLE COMMISSION. Ct. App. Md. Certiorari denied.

No. 82–5091. BEARD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–5095. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5097. PEACOCK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.